NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIBERTEX CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SOFT-TEX INTERNATIONAL, INC. *doing business as* SOFT-TEX MANUFACTURING,<br><br>　　　　　　　Defendant. | Civil Action No.: 22-cv-1101<br><br>**ORDER** |

**CECCHI, District Judge.**

　　Default having been entered by the Clerk of the Court in this action on or about April 6, 2022 against Defendant Soft-Tex International, Inc. doing business as Soft-Tex Manufacturing ("Defendant") and Plaintiff's motion for default judgment and documentation in support thereof having been filed on or about May 11, 2022, and having been served on Defendant and notice given and no appearance by Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule of Civil Procedure 55 having been satisfied,

　　**IT IS** on this 14th day of December, 2022;

　　**ORDERED** that judgment be entered against Defendant and in favor of Plaintiff for breach of contract in the amount of $372,185.78.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Claire C. Cecchi
　　　　　　　　　　　　　　　　　　　　　　　　　　**CLAIRE C. CECCHI, U.S.D.J.**